48 A.3d 1243

**Reginald Allen JACKSON, Petitioner**

v.

**UNITED STATES of America, et al., Respondent.**

**No. 47 EM 2012.**

Supreme Court of Pennsylvania.

July 18, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 18th day of July, 2012, the Application for Leave to File Original Process is **DENIED,** and the Petition for Writ of Habeas Corpus is **DISMISSED.**